1  TARA K. McGRATH
2  United States Attorney
   HUNTER V. NORTON
3  Assistant U.S. Attorney
4  District of Columbia Bar No. 1780736
   Office of the U.S. Attorney
5  880 Front Street, Room 6293
6  San Diego, CA 92101-8893
   (619) 546-8592
7  Hunter.Norton2@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
10
                   UNITED STATES DISTRICT COURT
11
12
   UNITED STATES OF AMERICA,           Case No.: 24-MJ-4450-MSB
13
              Plaintiff,
14
         v.                            **NOTICE OF OUT-OF-DISTRICT**
15
   DONALD YANG BUDGE                   **ORDER GRANTING EMERGENCY**
16
              Defendant.               **STAY OF RELEASE ORDER**
17
18
19
20
        The United States hereby provides notice that on December 6, 2024, the
21
   Honorable Benjamin H. Settle, United States District Court for the Western
22
23 District of Washington, signed an order granting the United States' request for

24 an emergency stay of the Court's release order (ECF No. 13) for Donald Yang

   Budge ("Defendant"). WDWA ECF No. 6.
25
        On December 5, 2024, the Court issued an order releasing Defendant on
26
   a $35,000 cash bond, secured by a $3,500 cash deposit. ECF No. 13.
27
        On December 6, 2024, the United States moved for an emergency stay of
28

the release order pursuant to 18 U.S.C. § 3142(f). WDWA ECF No. 4.

The court conducted a de novo review of the United States' motion and granted the request for an emergency stay pending a review hearing on the motion to appeal the release order.

The court ordered that "Defendant shall remain in the custody of the United States Marshal who shall transport Defendant to the Federal Detention Center ("FDC") in SeaTac, Washington; Upon his arrival at the FDC, the Court shall set an expedited hearing date on the Government's motion to appeal the release order." WDWA ECF No. 6.

DATED: December 7, 2024.

      Respectfully submitted,

      TARA K. MCGRATH
      United States Attorney

      *s/Hunter Norton*
      HUNTER V. NORTON
      Assistant U.S. Attorney