MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

VS

United States of America                     Donald Yang Budge

Case Number: 24MJ4450-MSB        WITNESS LIST          Identity Hearing

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 12/12/2024 | X | | HSI Special Agent Sara Sherrod |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |