MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

USA VS Donald Yang Budge

Case Number: 24MJ4450-MSB   EXHIBIT LIST   Removal/ID Hearing

☒ Plaintiff    ☐ Defendant    ☐ Court

| No. | Date I.D. | Date Rec'vd | Description |
|---|---|---|---|
| 1 | Exhibit 1 | 12/12/2024 | Donald Yang Budge's Signed Rule 5 Waiver |
| 2 | Exhibit 2 | 12/12/2024 | Rule 5 Waiver Submission |
| 3 | Exhibit 3 | 12/12/2024 | FBI Arrest Report |
| 4 | Exhibit 4 | 12/12/2024 | CBP Arrest Report |
| 5 | Exhibit 5 | 12/12/2024 | ID Confirmation with Western District of Washington |
| 6 | Exhibit 6 | 12/12/2024 | Out-of-District Complaint & Arrest Warrant |